■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH W. MASCARA, Also Known as JOSEPH MARCHESE, Appellant.—Judgment of the County Court, Nassau County, rendered July 21, 1977, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, J. P., Suozzi, Gulotta, Shapiro and Cohalan, JJ., concur.

■ THE·PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE McMILLAN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered February 15, 1977, convicting him of robbery in the second degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. A hearing on the speedy trial issue was not necessary since the record sufficiently details the reasons for the delay in bringing defendant to trial (see *People v Williams,* 56 AD2d 667). Hopkins, J. P., Suozzi, Rabin and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KATHERINE MEEHAN, Appellant.—Judgment of the Supreme Court, Kings County, rendered November 16, 1977, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Damiani, Rabin and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIA MIDGETTE, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County, rendered September 26, 1977, convicting her of grand larceny in the second degree and criminal impersonation, upon a jury verdict, and imposing sentence. Judgment reversed, on the facts, indictment dismissed and case remitted to the County Court, Westchester County, for the purpose of entering an order in its discretion pursuant to CPL 160.50. In our opinion, the guilt of defendant was not established beyond a reasonable doubt. Hopkins, J. P., Suozzi, Rabin and Shapiro, JJ., concur.